**United States Bankruptcy Court**
**District of Puerto Rico, San Juan Division**

IN RE: Case No. _____

GOMEZ APONTE, JOSE ORLANDO                    Chapter **13**
                         Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **1/30/2017**                          ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION                        Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **150.00** x **12** = $ **1,800.00**
$ **340.00** x **48** = $ **16,320.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **18,120.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **18,120.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **Empresas Berrios In**   Cr. _____   Cr. _____
# **17011986170119860**:   # _____   # _____
$ **895.00**   $ _____   $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
   **Firstbank Puerto Ric**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
          ☐ Paid 100% / ☐ Other: _____
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,868.00**

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
* **Tax refunds will be devoted each year, as periodic payments, to the Plan's funding until Plan completion. The Plan shall be deemed modified by such amount, without the need of ofurther Court Order. The debtor shall seek Court's authorization prior any use of funds.
Debtor consents to the lift of stay in favor of First Bank PR Acct # x1664. Trustee will make no disbursements to secured creditor First Bank PR since the 2011 Dodge Dakota is in possession of, and is being paid by, a 3rd party.
ASUME pre-petition arrears in the sum of $8,648.11 to be paid through the Plan; debtor to commence making current post-petition current payments directly to ASUME.**

Signed: **/s/ JOSE ORLANDO GOMEZ APONTE**
Debtor

_____
Joint Debtor

Attorney for Debtor **RFigueroa Carrasquillo Law Office PSC**   Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)