IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE * BKRTCY. NO. 17-00469/ESL

JOSE ORLANDO GOMEZ APONTE * CHAPTER 13

DEBTOR *

### DEBTOR'S NOTICE OF FILING OF AMENDED SCHEDULE "J" (OFFICIAL FORM 106J)

**TO THE HONORABLE COURT:**

**COMES NOW, JOSE ORLANDO GOMEZ APONTE,** the debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor is hereby submitting **Amended Schedule "J"**, dated March 4, 2017, herewith and attached to this motion.

2. The amendment to Schedule "J" is filed to state debtor's current actual expenses, in the above captioned case.

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)

**Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

Page -2-
Notice of Amended Schedule "J"
Case no. 17-00469/BKT13

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 4th day of March, 2017.

/s/Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | JOSE ORLANDO GOMEZ APONTE |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION |
| Case number (If known) | 3:17-bk-469 |

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. Is this a joint case?

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**
    
    ☐ No
    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No
   Do not list Debtor 1 and Debtor 2.   ■ Yes. Fill out this information for each dependent............
   
   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 12 | ☐ No ■ Yes |
| Son | 19 | ☐ No ■ Yes |
| COMMON LAW Spouse | 35 | ☐ No ■ Yes |
| Son | 18 | ■ No ☐ Yes |
| Daughter | 16 | ■ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?
   ■ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.  4. $ 455.57

   If not included in line 4:

   4a. Real estate taxes                                    4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance         4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses        4c. $ 0.00
   4d. Homeowner's association or condominium dues          4d. $ 0.00

Official Form 106J                      Schedule J: Your Expenses                               page 1

Debtor 1 **GOMEZ APONTE, JOSE ORLANDO**        Case number (if known) **3:17-bk-469**

5. **Additional mortgage payments for your residence,** such as home equity loans    5. $ _____ 0.00

Debtor 1    **GOMEZ APONTE, JOSE ORLANDO**      Case number (if known)    **3:17-bk-469**

6. **Utilities:**
   - 6a. Electricity, heat, natural gas    6a. $   120.00
   - 6b. Water, sewer, garbage collection    6b. $   180.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services    6c. $   0.00
   - 6d. Other. Specify: **Cable TV**    6d. $   20.00
     - **Internet**    $   45.00
     - **Cellular**    $   100.00
7. **Food and housekeeping supplies**    7. $   322.56
8. **Childcare and children's education costs**    8. $   0.00
9. **Clothing, laundry, and dry cleaning**    9. $   30.00
10. **Personal care products and services**    10. $   20.00
11. **Medical and dental expenses**    11. $   0.00
12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.    12. $   240.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13. $   20.00
14. **Charitable contributions and religious donations**    14. $   0.00
15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance    15a. $   0.00
    - 15b. Health insurance    15b. $   0.00
    - 15c. Vehicle insurance    15c. $   0.00
    - 15d. Other insurance. Specify:    15d. $   0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify:    16. $   0.00
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1    17a. $   0.00
    - 17b. Car payments for Vehicle 2    17b. $   0.00
    - 17c. Other. Specify:    17c. $   0.00
    - 17d. Other. Specify:    17d. $   0.00
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18. $   323.00
19. **Other payments you make to support others who do not live with you.**
    Specify:    19. $   0.00
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    - 20a. Mortgages on other property    20a. $   0.00
    - 20b. Real estate taxes    20b. $   0.00
    - 20c. Property, homeowner's, or renter's insurance    20c. $   0.00
    - 20d. Maintenance, repair, and upkeep expenses    20d. $   0.00
    - 20e. Homeowner's association or condominium dues    20e. $   0.00
21. **Other:** Specify: **Pets**    21. +$   40.00

22. **Calculate your monthly expenses**
    - 22a. Add lines 4 through 21.    $   1,916.13
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    $
    - 22c. Add line 22a and 22b. The result is your monthly expenses.    $   1,916.13

23. **Calculate your monthly net income.**
    - 23a. Copy line 12 *(your combined monthly income)* from Schedule I.    23a. $   2,066.13
    - 23b. Copy your monthly expenses from line 22c above.    23b. -$   1,916.13
    - 23c. Subtract your monthly expenses from your monthly income.
      The result is your *monthly net income*.    23c. $   150.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    - ■ No.
    - ☐ Yes.    Explain here:

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | JOSE ORLANDO GOMEZ APONTE |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION |
| Case number (if known) | 3:17-bk-469 |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  /s/ Jose O. Gomez Aponte
JOSE ORLANDO GOMEZ APONTE
Signature of Debtor 1

X _____
Signature of Debtor 2

Date  March 4, 2017

Date _____

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 17-00469-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Thu Mar  2 09:16:33 AST 2017 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | ASUME<br>PO Box 11218<br>San Juan, PR  00910-2318 |
| ASUME-ZAHIRA ORTIZ RAMOS<br>PO BOX 71316 SAN JUAN PR 00936-8416 | Att Services<br>PO Box 192830<br>San Juan, PR  00919-2830 | DTOP<br>PO Box 41269 Minillas Station<br>San Juan, PR  00940-1269 |
| Empresas Berrios Inc<br>Carr<br>172 Int 187 Km 4<br>Cidra, PR  00739 | FIRST BANK<br>COSUMER SERVICE CENTER<br>BANKRUPTCY DIVISION -CODE 248<br>PO BOX 9146, SAN JUAN PR 00908-0146 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD  57107-0145 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | (p)C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 |
| JOSE ORLANDO GOMEZ APONTE<br>URB CITY PALACE 1019 CANELA ST<br>NAGUABO, PR 00718 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA  19114-0326 | T-Mobile<br>12920 SE 38th St<br>Bellevue, WA  98006-1350 | End of Label Matrix<br>Mailable recipients   14<br>Bypassed recipients    0<br>Total                 14 |